UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-CR-104 |
| | ) | |
| DONAVON E. FILLINGER | ) | |

## **O R D E R**

On January 27, 2021, United States Magistrate Judge C. Clifford Shirley conducted a change of plea hearing and filed a Report and Recommendation ("R&R") recommending: (1) that the Court find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) that the defendant's plea of guilty to the charge in Count One of the Information be accepted; (3) that the defendant be found guilty of that charge; (4) that a decision on whether to accept the plea agreement be deferred until sentencing; and (5) that the defendant remain on bond until his sentencing hearing. [Doc. 9]. No objections have been filed to the R&R, and the time for doing so has now passed. *See* Fed. R. Crim. P. 59(b)(2).

The Court has thoroughly reviewed the R&R. Having done so, Magistrate Judge Shirley's R&R [Doc. 9] is **ACCEPTED** and **ADOPTED** in full.

Pursuant to 28 U.S.C. § 636(b)(1), it is **ORDERED** that:

1. The plea hearing conducted in this case on January 27, 2021, could not have been further delayed without serious harm to the interests of justice;

2. The defendant's plea of guilty to Count One of the Information, that is, of committing theft of public money, in violation of 18 U.S.C. § 641, is **ACCEPTED**;

3. The defendant is **ADJUDGED** guilty of Count One of the Information;

4. The decision whether to accept the parties' plea agreement is **DEFERRED** until sentencing; and

5. The defendant shall remain on bond until sentencing, which is scheduled to take place on **Tuesday, May 25, 2021, at 11:00 a.m.** in Knoxville.

    **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

2

Case 3:20-cr-00104-RLJ-HBG   Document 11   Filed 02/11/21   Page 2 of 2   PageID #: 76